■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY LOVE, JR., Appellant. [722 NYS2d 750] —Appeal by the defendant, from a judgment of the County Court, Suffolk County (Weissman, J.), rendered May 18, 1995, convicting him of murder in the second degree and forgery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the County Court did not err in denying his baseless *pro se* application to be relieved of his plea of guilty (*see, People v Caple,* 279 AD2d 635). Bracken, P. J., S. Miller, McGinity and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARROS, Appellant. [722 NYS2d 751] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered November 16, 1997, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The prosecutor's remarks during summation did not constitute reversible error (*see, People v Galloway,* 54 NY2d 396; *People v Saks,* 256 AD2d 479). Ritter, J. P., Krausman, H. Miller and Smith, JJ., concur.